GEORGE M. CAPOZZI *v.* LIBERTY MUTUAL
FIRE INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 32 Conn. App. 250 (AC 11477), is granted, limited to the following issue:

"Whether the Appellate Court correctly held that there was substantial evidence to support the arbitrators' conclusion that when the plaintiff was injured he was not operating a 'replacement vehicle' and that he was therefore not covered by the uninsured motorist provisions of the two insurance policies issued by the defendant?"

The Supreme Court docket number is SC 14844.

*William I. Garfinkel,* in support of the petition.

*James E. Kernan,* in opposition.

Decided October 5, 1993

CITY OF BRIDGEPORT *v.* CONNECTICUT POLICE
DEPARTMENT EMPLOYEES LOCAL 1159,
AFSCME, COUNCIL 15

The plaintiff's petition for certification for appeal from the Appellate Court, 32 Conn. App. 289 (AC 11136), is denied.

*Robert G. Zanesky,* assistant city attorney, in support of the petition.

*Joseph M. Lander,* in opposition.

Decided October 5, 1993